44568. TAYLOR v. BUCKHEAD GLASS COMPANY, INC.

QUILLIAN, Judge. Upon grant of certiorari the Supreme Court has reversed our judgment. *Buckhead Glass Co. v. Taylor*, 226 Ga. 247 (174 SE2d 568). Accordingly, in view of the decision rendered by the Supreme Court, and in conformity therewith, the judgment of reversal is vacated and the judgment of the trial court is

*Affirmed. Pannell and Evans, JJ., concur.*

DECIDED JUNE 15, 1970.

*B. Hugh Ansley,* for appellant.
*Jones, Bird & Howell, Peyton S. Hawes, Jr.,* for appellee.